# In the United States Court of Federal Claims

No. 23-85C
(Filed: March 19, 2024)
**NOT FOR PUBLICATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CESAR R. VAZQUEZ-TORRES, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court is in receipt of Plaintiff's motion for voluntary dismissal of certain claims. *See* Motion (ECF 36). The motion is hereby **GRANTED**. The only claim Plaintiff wishes to pursue is his claim for medical retirement, which this Court previously dismissed. *See* Order (ECF 26). Because no further claims remain for this Court to resolve, the case is **DISMISSED**.

On October 24, 2023, Plaintiff filed a motion for mootness. *See* Motion (ECF 29). The motion is hereby **DENIED AS MOOT**.

The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED**.

s/ Stephen S. Schwartz
STEPHEN S. SCHWARTZ
Judge